IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BNSF RAILWAY CO.,<br><br>    Plaintiff and Counter-Defendant,<br><br>vs.<br><br>TOLTZ, KING, DUVALL, ANDERSON AND ASSOCIATES, INC.,<br><br>    Defendant and Counter-Claimant. | CV 16–24–M–DLC<br><br>ORDER |
| TOLTZ, KING, DUVALL, ANDERSON AND ASSOCIATES, INC.,<br><br>    Third-Party Plaintiff,<br><br>vs.<br><br>SAFE HARBOR ACCESS SYSTEMS, LLC; SAFE HARBOR ACCESS SYSTEMS II, LLC; SAFE HARBOR ACCESS SYSTEMS Ii, a/k/a SAFE HARBOR Ii,<br><br>    Third-Party Defendants. | |

Third Party Defendant Safe Harbor Access Systems II moves for the

admission of Bess J. DuRant to practice before this Court in this case with Todd

A. Hammer to act as local counsel. The application appears to be in order.

Accordingly, IT IS ORDERED that Third Party Defendant's motion to admit Beth J. DuRant *pro hac vice* (Doc. 78) is GRANTED on the condition that Ms. DuRant does her own work. This means that he must: (1) do her own writing; (2) sign her own pleadings, motions, and briefs; and (3) appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. DuRant within fifteen (15) days of this Order, file a separate pleading acknowledging her admission under the terms set forth above.

DATED this 21st day of April, 2017.

Dana L. Christensen, Chief Judge
United States District Court