IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BNSF RAILWAY CO., <br><br> Plaintiff and Counter-Defendant, <br><br> vs. <br><br> TOLTZ, KING, DUVALL, ANDERSON AND ASSOCIATES, INC., <br><br> Defendant and Counter-Claimant, <br><br> TOLTZ, KING, DUVALL, ANDERSON AND ASSOCIATES, INC., <br><br> Third Party Plaintiff, <br><br> vs. <br><br> SAFE HARBOR ACCESS SYSTEMS, LLC, SAFE HARBOR ACCESS SYSTEMS II, LLC, SAFE HARBOR ACCESS SYSTEM Ii, a/k/a SAFE HARBOR Ii, <br><br> Third Party Defendants. | CV 16–24–M–DLC <br><br> ORDER |

FILED

JAN 2 3 2018

Clerk, U.S District Court
District Of Montana
Missoula

Pursuant to the Parties' Joint Stipulation for Dismissal (Doc. 140),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the

1

parties to bear their own costs and attorneys' fees. All deadlines are VACATED and any pending motions are DENIED as moot.

DATED this 23rd day of January, 2018.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court